In the Matter of the Application of the Board of Water Supply of the City of New York to Acquire Real Estate in the County of Ulster under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof for the Purpose of Providing an Additional Supply of Pure and Wholesome

Water for the Use of the City of New York. Ashokan Reservoir, Parcel No. 7. Jerome H. Buck, Appellant; The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.